BRONSON LAW OFFICES PC  
*Proposed Counsel for the Debtor*  
480 Mamaroneck Avenue  
Harrison, NY 10528  
914-269-2530  
H. Bruce Bronson, Esq.  
hbbronson@bronsonlaw.net  

HEARING DATE: March 11, 2020  
HEARING TIME: 10:00 a.m.  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
--------------------------------------------------------x  
In re:

PROACTIVE LIGHTING SOLUTIONS LLC,

Debtor.

-------------------------------------------------------

Case No.  19-23116 (RDD)

Chapter 7

### NOTICE OF HEARING ON DEBTOR'S MOTION TO DISMISS

PLEASE TAKE NOTICE that a hearing on the motion ("Motion") of PROACTIVE LIGHTING SOLUTIONS, INC, the debtor and debtor-in-possession herein (the "Debtor"), by and through its counsel, BRONSON LAW OFFICES P.C., pursuant to U.S.C. § 1112(b), for an order dismissing the case, will be heard by the Honorable Robert D. Drain Bankruptcy Judge for the Southern District of New York, in his Courtroom at 300 Quarropas Street, White Plains, NY 10601 on March 11, 2020 at 10:00 a.m.

**PLEASE TAKE NOTICE** that objections, if any, to the relief sought, must be in writing, comply with applicable law and rules and must be filed and served upon the undersigned, with a copy to the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, and the Bankruptcy Judge's Chambers seven days prior to the hearing. In the event that no objection is interposed, the order may be entered.

Dated: Harrison, New York  
February 3, 2020

    Respectfully submitted,

    BRONSON LAW OFFICES PC

    By: */s/H. Bruce Bronson, Esq.*  
        H. Bruce Bronson