UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:

PROACTIVE LIGHTING SOLUTIONS LLC,

                                                                Chapter 11

                                                                Case No. 19-23116 (RDD)

                         Debtor.
-------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion [Dkt. No. 26] (the "Motion"), of the debtor and debtor in possession herein, Proactive Lighting Solutions LLC (the "Debtor") pursuant to section 1112(b) of Title 11 of the United States Code (the "Bankruptcy Code"), seeking entry of an order dismissing this chapter 11 case, which was converted from a chapter 7 case; and the Court having jurisdiction to decide the Motion and the relief requested therein under 28 U.S.C. §§ 157(a)-(b) and 1334(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on March 12, 2020; and, after due deliberation, the Court having determined for the reasons stated by it at the hearing that (a) the Debtor has established sufficient cause for the dismissal of this case and (b) the dismissal of this case, rather than its conversion to a case under chapter 7 of the Bankruptcy Code is in the interests of creditors and, to the extent relevant, the Debtor's interest holder(s); now, therefore, it is hereby

ORDERED, that the Motion is granted and this case is dismissed pursuant to 11 U.S.C. 1112(b); and it is further

ORDERED that the Debtor pay to the United States Trustee the appropriate sum

required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest due pursuant to 31 U.S.C. § 3717 within 14 days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: White Plains, New York
      March 12, 2020

                                            /s/Robert D. Drain
                                         HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE