**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Proactive Lighting Solutions LLC | CASE NO.: 19–23116–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 26–4546157 | CHAPTER: 11 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 11 case.

Proactive Lighting Solutions LLC was dismissed from the case on March 12, 2020 .

Dated: March 12, 2020               Vito Genna
                                    Clerk of the Court