# Notice Recipients

District/Off: 0208–7    User:    Date Created: 3/12/2020
Case: 19–23116–rdd    Form ID: 131    Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7543679    Proactive Lighting Solutions LLC
                                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
tr    Mark S. Tulis    mtulis.trustee@gmail.com
aty    H. Bruce Bronson, Jr.    ecf@bronsonlaw.net
                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Proactive Lighting Solutions LLC    125 Park Ave    New York, NY 10017–5529
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg    Westchester County Sheriff's Dept.    Room L 217    110 Dr. Martin Luther King Blvd.    White Plains, NY 10601–2519
smg    N.Y. State Dept. Of Taxation And Finance    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300
smg    New York City Department of Finance    Attn: Bankruptcy & Assignment Unit    345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201–3719
smg    Parking Violations Bureau    210 Joralemon Avenue    Brooklyn, NY 11201
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201–551
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
7690094    Arthur McCallum    Attention: Jennifer Vorih, Esq.    Hyderally & Associates PC    33 Plymouth Street, Suite 202    Montclair, NJ 07042
7543680    Arthur McCallum    c/o Hyderally & Associates, P.C.    33 Plymouth St Ste 202    Montclair, NJ 07042–2677
7543681    Chris Myers    28 Knotty Oak Dr    Medford, NJ 08055–9149
7543682    Christiane Roghanian    9 High St    Nutley, NJ 07110–1131
7543685    Department of the Treasury    Internal Revenue Service    Post Office Box 7346    Philadelphia, PA 19101–7346
7543683    Dima and Jian Schulman    Dima Schulman    13 Adams St    Morganville, NJ 07751–1046
7543684    Don Ryan    512 Liberty Ave    Jersey City, NJ 07307–4022
7543686    Jeffrey Rosenberg    9 Verne Pl    Hartsdale, NY 10530–1026
7543687    Jian Yang    13 Adams St    Morganville, NJ 07751–1046
7543688    John Burke    17 Florence Ave    Union Beach, NJ 07735
7543689    Marianne Katermann    223 Post Ave    Lyndhurst, NJ 07071–2320
7564351    New Jersey Dept. of Labor    and Workforce Development    Division of Employer Accounts    PO Box 379    Trenton, NJ 08625–0379
7671125    New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205–0300
7543690    Phil Rybin    200 11th St    Palisades Park, NJ 07650–2003
7664418    SNY Dept. of Labor    Unemployment Insurance Division    Gov. W. Averell Harriman    Building 12, Room 256    Albany, NY 12240
7543691    Tom Haydu    536 Jerusalem Rd    Scotch Plains, NJ 07076–2011
7543692    Yuitsun (John) Ngo    489 Forest St    Kearny, NJ 07032–3622
                                                                                              TOTAL: 27